# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Friedkin Group, Inc., | No. CV-17-949-PHX-SMM (BSB) |
| Plaintiff, | |
| v. | **ORDER** |
| danfriedkin.com, | |
| Defendant. | |

Pending before the Court is Magistrate Judge Bridget S. Bade's Report and Recommendation recommending that Plaintiff's Motion for Default Judgment (Doc. 13) be granted and that the Court enter an order directing that the domain name registrar, GoDaddy, transfer the domain name danfriedkin.com to Plaintiff. (Doc. 16.) Plaintiff filed a response and a supplemental response to the Report and Recommendation asking that the recommendation be amended to order Bigrock Solutions Limited ("Bigrock"), Verisign, Inc., and GoDaddy, LLC ("GoDaddy") to effect the transfer. (Docs. 17, 18.) Magistrate Judge Bade then filed an Amended Report and Recommendation, amending its recommendations. (Doc. 19.)

After considering the Report and Recommendation and the Amended Report and Recommendation, the Court will grant all of Magistrate Judge Bade's recommendations.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan,

923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those factual findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed Magistrate Judge Bade's Report and Recommendation, Plaintiff's Responses, and the Amended Report and Recommendation, the Court hereby approves, incorporates, and adopts the Magistrate Judge's Report and Recommendation and the Amended Report and Recommendation, which modified only the recommendations of the initial Report and Recommendation.

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** approving, incorporating, and adopting the Report and Recommendation and the Amended Report and Recommendation of Magistrate Judge Bridget S. Bade. (Docs. 16, 19.)

**IT IS FURTHER ORDERED** granting Plaintiff's Motion for Default Judgment against Defendant danfriedkin.com. (Doc. 13.)

**IT IS FURTHER ORDERED** that the following requirements are hereby ordered:

(1) the Court directs Bigrock Solutions Limited to transfer the Defendant domain name danfriedkin.com to Plaintiff;

(2) the Court directs Verisign, Inc. to change the registrar of record for the Defendant domain name danfriedkin.com from Bigrock Solutions Limited to GoDaddy, LLC; and

(3) the Court directs GoDaddy, LLC to transfer the registration for the Defendant domain name danfriedkin.com to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment accordingly, and terminate this case.

DATED this 20th day of October, 2017.

_____
Stephen M. McNamee
Senior United States District Judge